**EXHIBIT "A"**

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO. 17-004397-NF Hon. Leslie Kim Smith |
|---|---|---|

2 Woodward Ave., Detroit MI 48226     Court Telephone No. 313-224-2427

| Plaintiff | v | Defendant |
|---|---|---|
| Michigan Pain Management, LLC (Demetrius Daniels) | | Esurance Insurance Company |

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Lukasz Wietrzynski, P-77039 25800 Northwestern Hwy Ste 890 Southfield, MI 48075-6119 | |

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])**
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 3/15/2017 | 6/14/2017 | File & Serve Tyler |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|

| Place where action arose or business conducted |
|---|

3/15/17
Date    Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | PROOF OF SERVICE | CASE NO. 17-004397-NF |
|---|---|---|

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE**    OR    ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of me information, knowledge and belief.

| Service fee $ | Miles traveled $ | Mileage fee $ | Total fee $ | Signature _____ |
|---|---|---|---|---|

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____  Signature: _____
                        Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                    Attachments

_____ on _____
                                    Day, date, time

_____ on behalf of _____

Signature

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MICHIGAN PAIN MANAGEMENT LLC,
(DEMETRIUS DANIELS),

    Plaintiff,

vs.

ESURANCE INSURANCE COMPANY,

    Defendant.
_____/

Case No.: 17-___-NF
Hon.:

17-004397-NF
FILED IN MY OFFICE
WAYNE COUNTY CLERK
3/15/2017 3:31:01 PM
CATHY M. GARRETT

LUKASZ WIETRZYNSKI (P77039)
BUCKFIRE & BUCKFIRE, P.C.
Attorney for Plaintiff
25800 Northwestern Highway, Ste. 890
Southfield, MI 48075
Phone: (248) 569-4646
_____/

## PLAINTIFF'S COMPLAINT

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this complaint that is either pending or was previously filed and dismissed, transferred or otherwise disposed of after have been assigned to a judge in the court.

NOW COMES the Plaintiff MICHIGAN PAIN MANAGEMENT LLC, ("Plaintiff") by and through its attorneys, BUCKFIRE & BUCKFIRE, PC, and for its cause of action against the Defendant ESURANCE INSURANCE COMPANY ("Defendant") states as follows:

1.    That Plaintiff is a corporation licensed to conduct business under the laws of the State of Michigan and at all times pertinent herein was conducting business in the County of OAKLAND, State of Michigan.

00413207

1

2. That Defendant, at all times pertinent herein, systematically and regularly conducted business in the County of WAYNE, State of Michigan.

3. That the amount in controversy is greater than the sum of Twenty-Five Thousand ($25,000.00) Dollars, exclusive of interest and costs and is otherwise within the jurisdiction of this court.

4. That the medical treatment and expenses that are at issue in this litigation occurred in the County of OAKLAND, State of Michigan.

## GENERAL ALLEGATIONS

5. Plaintiff restates and re-alleges paragraphs 1-4 as though fully restated herein.

6. That DEMETRIUS DANIELS (hereinafter "the injured party") sustained accidental bodily injuries within the meaning of the statutory provisions of MCL 500.3105.

7. That Defendant is first in order of priority to pay for the injured party's claim for no fault personal protection insurance benefits in accordance with Chapter 31 of the Michigan Insurance Code, more commonly known as the "no-fault insurance law."

## STATUTORY VIOLATIONS OF THE MICHIGAN NO-FAULT ACT

8. That as a result of the aforementioned injuries, Plaintiff provided reasonably necessary products and services to aid in the injured party's care, recovery and/or rehabilitation.

9. That under the terms of the Michigan No-Fault Statute MCL 500.3101 et seq., Defendant became obligated to pay for certain expenses incurred for reasonably necessary products and services rendered for the injured party's care, recovery or rehabilitation resulting from the injured party's bodily injuries that arose out of the ownership, operation, maintenance or

use of a motor vehicle as a motor vehicle.

10. That Plaintiff timely submitted billings to Defendant for medical services that were rendered to the injured party and that were reasonably necessary for the care, recovery or rehabilitation of the injured party for his or her injuries. (See Exhibit 1).

11. That Plaintiff also submitted to Defendant supporting documentation and forms necessary for Defendant to determine the reasonableness, necessity and amount of the medical services rendered to the injured party.

12. That Defendant was provided reasonable proof of the fact and of the amount of losses sustained and charges incurred.

13. That to date, Defendant has unreasonably refused and/or delayed in making payment to Plaintiff for the medical services rendered.

14. That Pursuant to MCL 500.3157, Plaintiff is entitled to recover from the Defendant the outstanding balance for the medical services rendered to the injured party.

15. That Plaintiff has requested payment from Defendant for the amount of the bills due and owing and Defendant has refused and/or neglected to pay them.

16. That Plaintiff is entitled to reasonable and actual attorney fees incurred in this action pursuant to MCL 500.3148.

17. That Plaintiff is also entitled to costs and interest pursuant to MCL 500.3142 for the overdue bills that have not been paid by Defendant within 30 days after Defendant received reasonable proof of the fact and of the amount of loss sustained.

00413207

3

**WHEREFORE**, the Plaintiff prays for a Judgment against the Defendant in an amount in excess of Twenty-Five Thousand ($25,000.00) Dollars, plus costs, interest and attorney fees.

Respectfully submitted,

/s/ Lukasz Wietrzynski
LUKASZ WIETRZYNSKI (P77039)
BUCKFIRE & BUCKFIRE, P.C.
Attorney for Plaintiff
25800 Northwestern Highway, Suite 890
Southfield, Michigan 48075
(248) 569-4646

Dated: March 14, 2017

00413207

4

## MICHIGAN PAIN MANAGEMENT LLC

# INDIVIDUAL PATIENT DETAIL REPORT

Printed on: 03/13/2017 Monday   17:01:15

Date From 01/01/2012 To 03/13/2017 Procedure Type System Summary

### General Information

| | | | | |
|---|---|---|---|---|
| Name DANIELS, DEMETRIUS | Acct# 11320 | Phone 313-739-3531 | Cash Bal | 0.00 |
| Title DR 06   Ref | Marital Unknown   SSN | Work | Ins Bal | 124,995.00 |
| Address 17563 STANSBURY ST   DETROIT, MI 48235 | | | Birthday | 12/02/1963 |
| Alert | | | First Visit | 11/11/2016 |
| Note ADJ DUSTIN WILDS 972 918 6608 | | | Last Date | 03/06/2017 |

### Policy Information

| | | | |
|---|---|---|---|
| Financial Code AA   Ins Code ESURA | Insured's Name DANIELS, DEMETRIUS | | Relation Self |
| ID No# TXA0175779   Group Number | Phone 313-739-3531 | | Birthday 12/02/1963 |
| Address 17563 STANSBURY ST   DETROIT, MI 48235 | | | Participate Yes |
| INS Name & Address ESURANCE, PO BOX 2869, CLINTON, IA 52733 | | | Assignment Yes |

Diagnosis Information: 7231  / 7242  /

### Transactions

| Claim No | Service Date | Proc Code | DX | DR | Service Charge | Expect Ins | Pat Charge | Cash Paid | Ins. Paid | Participat Adjust | Adjust | Balance Cash | Ins | RefID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7692 | 10/24/2016 | 99205 | 7231 | 06 | 1,207.00 | 1,207.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,207.00 | 21660 |
| 7893 | 11/11/2016 | 99214 | 7231 | 06 | 625.00 | 625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 22187 |
| 8193 | 11/18/2016 | 99215 | 72210 | 04 | 845.00 | 845.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 845.00 | 23177 |
| 8193 | 11/18/2016 | 62311 | 72210 | 04 | 2,961.00 | 2,961.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,961.00 | 23178 |
| 8193 | 11/18/2016 | 77003 | 72210 | 04 | 1,130.00 | 1,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.00 | 23179 |
| 8193 | 11/18/2016 | 72275 | 72210 | 04 | 1,523.00 | 1,523.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,523.00 | 23180 |
| 8193 | 11/18/2016 | J2930 | 72210 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 23181 |
| 8193 | 11/18/2016 | J2001 | 72210 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 23182 |
| 8194 | 11/18/2016 | Q9966 | 72210 | 04 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 23183 |
| 8194 | 11/18/2016 | 97010 | 72210 | 04 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 23184 |
| 8194 | 11/18/2016 | A4550 | 72210 | 04 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 23185 |
| 8484 | 12/02/2016 | 99214 | 72210 | 04 | 625.00 | 625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 24078 |
| 8484 | 12/02/2016 | L0631 | 72210 | 04 | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 24079 |
| 8484 | 12/02/2016 | 64483 | 72210 | 04 | 5,886.00 | 5,886.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,886.00 | 24080 |
| 8484 | 12/02/2016 | 77003 | 72210 | 04 | 2,260.00 | 2,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,260.00 | 24081 |
| 8484 | 12/02/2016 | J2930 | 72210 | 04 | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 24082 |
| 8484 | 12/02/2016 | J2001 | 72210 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 24083 |
| 8485 | 12/02/2016 | J1030 | 72210 | 04 | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 24084 |
| 8485 | 12/02/2016 | 97010 | 72210 | 04 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 24085 |
| 8485 | 12/02/2016 | A4550 | 72210 | 04 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 24086 |
| 8742 | 12/19/2016 | 99213 | M51.27 | 04 | 420.00 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 24768 |
| 8742 | 12/19/2016 | 64483 | M51.27 | 04 | 2,943.00 | 2,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,943.00 | 24769 |
| 8742 | 12/19/2016 | 77003 | M51.27 | 04 | 1,130.00 | 1,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.00 | 24770 |
| 8742 | 12/19/2016 | 72275 | M51.27 | 04 | 1,523.00 | 1,523.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,523.00 | 24771 |

## Transactions

| Claim No | Service Date | Proc Code | DX | DR | Service Charge | Expect Ins | Pat Charge | Cash Paid | Ins Paid | Participat Adjust | Adjust | Balance Cash | Balance Ins | RefID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8742 | 12/19/2016 | J2930 | M51.27 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 24772 |
| 8742 | 12/19/2016 | J2001 | M51.27 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 24773 |
| 8743 | 12/19/2016 | Q9966 | M51.27 | 04 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 24774 |
| 8743 | 12/19/2016 | 97010 | M51.27 | 04 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 24775 |
| 8743 | 12/19/2016 | A4550 | M51.27 | 04 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 24776 |
| 9648 | 02/03/2017 | 99213 | M51.27 | 04 | 420.00 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 27921 |
| 9648 | 02/03/2017 | 64493 | M51.27 | 04 | 2,320.00 | 2,320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,320.00 | 27922 |
| 9648 | 02/03/2017 | 77003 | M51.27 | 04 | 1,130.00 | 1,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.00 | 27923 |
| 9648 | 02/03/2017 | J2930 | M51.27 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 27924 |
| 9648 | 02/03/2017 | J2001 | M51.27 | 04 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 27925 |
| 9648 | 02/03/2017 | 97010 | M51.27 | 04 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 27926 |
| 9649 | 02/03/2017 | A4550 | M51.27 | 04 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 27927 |
| 9928 | 02/20/2017 | 99214 | 72210 | 01 | 625.00 | 625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 28805 |
| 10020 | 03/06/2017 | 99214 | M51.26 | 01 | 625.00 | 625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 29108 |
| 10021 | 03/06/2017 | 95911 | M51.26 | 01 | 3,137.00 | 3,137.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,137.00 | 29109 |
| 10021 | 03/06/2017 | 95886 | M51.26 | 01 | 1,219.00 | 1,219.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.00 | 29110 |
| 10021 | 03/06/2017 | 95886 | M51.26 | 01 | 1,219.00 | 1,219.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.00 | 29111 |
| 10021 | 03/06/2017 | A4550 | M51.26 | 01 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 29112 |
| 10015 | 03/07/2017 | 63056 | M51.26 | 01 | 20,989.00 | 20,989.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,989.00 | 29089 |
| 10015 | 03/07/2017 | 62290 | M51.26 | 01 | 24,000.00 | 24,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,000.00 | 29090 |
| 10015 | 03/07/2017 | 64493 | M51.26 | 01 | 4,640.00 | 4,640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,640.00 | 29091 |
| 10015 | 03/07/2017 | 64494 | M51.26 | 01 | 2,358.00 | 2,358.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,358.00 | 29092 |
| 10015 | 03/07/2017 | 64495 | M51.26 | 01 | 2,368.00 | 2,368.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,368.00 | 29093 |
| 10015 | 03/07/2017 | 20900 | M51.26 | 01 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 29094 |
| 10016 | 03/07/2017 | 77003 | M51.26 | 01 | 1,130.00 | 1,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.00 | 29095 |
| 10017 | 03/07/2017 | 95940 | M51.26 | 01 | 1,265.00 | 1,265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,265.00 | 29096 |
| 10017 | 03/07/2017 | 95864 | M51.26 | 01 | 1,891.00 | 1,891.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,891.00 | 29097 |
| 10017 | 03/07/2017 | 95864 | M51.26 | 01 | 1,891.00 | 1,891.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,891.00 | 29098 |
| 10017 | 03/07/2017 | 95938 | M51.26 | 01 | 2,560.00 | 2,560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,560.00 | 29099 |
| 10017 | 03/07/2017 | 95938 | M51.26 | 01 | 2,560.00 | 2,560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,560.00 | 29100 |
| 10017 | 03/07/2017 | 95939 | M51.26 | 01 | 3,925.00 | 3,925.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,925.00 | 29101 |
| 10018 | 03/07/2017 | 95939 | M51.26 | 01 | 3,925.00 | 3,925.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,925.00 | 29102 |
| 10018 | 03/07/2017 | A4550 | M51.26 | 01 | 276.00 | 276.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.00 | 29103 |
| 10018 | 03/07/2017 | A4556 | M51.26 | 01 | 732.00 | 732.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 732.00 | 29104 |
| 10018 | 03/07/2017 | A4557 | M51.26 | 01 | 3,100.00 | 3,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,100.00 | 29105 |

Note: DX - Diagnosis
DR - Doctor