UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN PAIN MANAGEMENT, L.L.C.,

Plaintiff,                                            Case No: 2:18-cv-10420

vs.                                       HON. GEORGE CARAM STEEH

ESURANCE INSURANCE COMPANY,

Defendant.
_____/

## NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL

The undersigned attorney, PRERANA R. BACON, hereby withdraws as an Attorney of Record for Defendant ESURANCE INSURANCE COMPANY.

                                              */s/ Prerana R. Bacon*
                                              PRERANA R. BACON (P69680)

It is so ordered.                      s/George Caram Steeh
                                          _____
                                            GEORGE CARAM STEEH
                                            United States District Judge

Dated: May 22, 2018