UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN PAIN MANAGEMENT, LLC, | Case No. 2:18-CV-10420 |
| | Hon. George Caram Steeh |
| Plaintiff, | |
| vs. | |
| ESURANCE INSURANCE COMPANY, | |
| Defendant. | |

_____/

| | |
|---|---|
| JOSEPH R. LOBB (P26009)<br>The Lobb Law Firm<br>Attorney for Plaintiff<br>30555 Southfield Road, Ste 440<br>Southfield, MI 48076<br>(248) 591-4090 | DANIEL J. FLEMING (P38015)<br>Moblo Fleming & Watt, P.C.<br>Attorney for Defendant<br>39555 Orchard Hill Place, Ste. 310<br>Novi, MI 48375<br>(248) 542-8400<br><br>JASON W. BAAS (P67715)<br>Novara Tesija & Catenacci, P.L.L.C.<br>Substituted Counsel for Defendant<br>2000 Town Center, Ste. 2370<br>Southfield, MI 48075<br>(248) 354-0380 |

_____/

**STIPLATED ORDER FOR SUBSTITUTION OF COUNSEL**
**AS TO DEFENDANT**

This matter having been stipulated to between the parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that attorney Jason W. Baas and the law firm of NOVARA TESIJA & CATENACCI P.L.L.C. is substituted as counsel of record for

{2008734 }                                                           1

2

Defendant, Esurance Insurance Company in the place of the law firm of MOBLO, FLEMING & WATT, P.C.

This is not a final Order and does not close the case.

s/George Caram Steeh<br>HONORABLE GEORGE CARAM STEEH

Dated:  May 22, 2018Subst

*Approved as to form and content:*

/s/Daniel J. Fleming (with permission)
Moblo Fleming & Watt, P.C.
39555 Orchard Hill Place, Ste. 310
Novi, MI  48375
(248) 542-8400
P38015

/s/Jason W. Baas
Novara Tesija & Catenacci, P.L.L.C.
2000 Town Center, Ste. 2370
Southfield, MI  48075
(248) 354-0380
P67715